NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RACHEL KENT
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6270/ Fax: 702.388.6418
rachel.kent@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>AVINASH KUMAR,<br><br>              Defendant. | Case No. 2:19-mj-192-VCF<br><br>**Stipulation to Continue Bench Trial (First Request)** |

        IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A.

Trutanich, United States Attorney, and Rachel Kent, Assistant United States Attorney,

counsel for the United States of America, and Robert O'Brien, Assistant Federal Public

Defender, counsel for the defendant, that the bench trial in the above-captioned matter,

currently scheduled for September 18, 2019 at the hour of 9:00 a.m., be vacated and

continued until October 23, 2019 or to date and time convenient to the Court.

        This stipulation is entered into for the following reasons:

        1.        The Ranger assigned to this case will not be available due to a mandatory

 training he must attend.

        2.        Defendant is out of custody and agrees to the continuance.

3.      Denial of this request for a trial continuance would prejudice both the

Defendants and the Government and unnecessarily consume this Court's valuable

resources, taking into account the exercise of due diligence.

4.      Additionally, denial of this request for continuance could result in a miscarriage

of justice.

5.      This is the first request for continuance of the trial in this case.


DATED this _13th__ day of September, 2019.



                                                        Respectfully submitted,

                                                        NICHOLAS A. TRUTANICH
                                                        United States Attorney

/s/ Robert O'Brien                                      /s/ Rachel Kent

ROBERT O'BRIEN, AFPD                                    RACHEL KENT
Counsel for defendant                                   Special Assistant United States Attorney
**AVINASH KUMAR**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

AVINASH KUMAR,

          Defendant.

Case No. 2:19-mj-192-VCF

**Order Continuing Bench Trial**

      Based on the pending stipulation of counsel, and good cause appearing therefore,

      IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for September 18, 2019, at the hour of 9:00 a.m. be vacated and continued to October 23, 2019, at the hour of 9:00 a.m.

      DATED this _____13th_____ day of September, 2019

_____
UNITED STATES MAGISTRATE JUDGE